|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHARON M. RANDLE,                    ) | Case No. CV 12-5344 JC |
|---|---|
| Plaintiff,                          ) |   |
|                                      ) | JUDGMENT |
| v.                                   ) |   |
|                                      ) |   |
| CAROLYN W. COLVIN,[1]                ) |   |
| Acting Commissioner of Social        ) |   |
| Security,                            ) |   |
|                                      ) |   |
| Defendant.                          ) |   |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: March 5, 2013

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin is substituted as Acting Commissioner of Social Security pursuant to Fed. R. Civ. P. 25(d).